FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 0:14–bk–17020–SHG

LUCAS D MARLER  Chapter: 13
10861 CRYSTAL CANYON
PARKER, AZ 85344
**SSAN:** xxx–xx–7347
**EIN:**

SHAUNA L MARLER
10861 CRYSTAL CANYON
PARKER, AZ 85344
**SSAN:** xxx–xx–2213
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084–9 and 2084–10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court<br>98 W First Street, Suite 270<br>Yuma AZ 85364 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012–1965 |
| Address of Debtor(s) | LUCAS D MARLER<br>10861 CRYSTAL CANYON<br>PARKER, AZ 85344<br><br>SHAUNA L MARLER<br>10861 CRYSTAL CANYON<br>PARKER, AZ 85344 |
| Address of Debtor(s) Attorney | BENJAMIN JOSEPH WRIGHT<br>Wright Law Offices<br>1418 North Scottsdale Road, Ste. 222<br>Scottsdale, AZ 85257 |

– – – **NOTICE CONTINUES ON NEXT PAGE** – – –

2.   The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.   If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.   If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.   **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**


**Date: November 14, 2014**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>98 W First Street, Suite 270<br>Yuma AZ 85364<br>Telephone number:  (800) 556–9230<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |